**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

**REFERRAL SHEET**

____ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD
MAY 19 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____ DEPUTY

Referred by:
____ Hon. DANIEL J. ALBREGTS, Courtroom #3A
X Hon. BRENDA WEKSLER, Courtroom #3B
____ Hon. NANCY J. KOPPE, Courtroom #3C
____ Hon. CAM FERENBACH, Courtroom #3D
____ Hon. ELAYNA J. YOUCHAH, Courtroom #____
____ Hon. ____, Courtroom #____

Today's Date: 5/19/21

Defendant: Derrick Paul Sedin Case # 2:21-mj-0103-BNW

Please return on ____ at ____
for ____ Trial ____ Sentencing ____ Verification of Completion of Sentence ____ Initial Appearance

____ If defendant has completed all outstanding sentencing obligations before the next scheduled hearing date, his/her appearance will be waived and counsel may appear on his/her behalf.

**You are referred to the following agency(ies). TAKE THIS FORM WITH YOU WHEN YOU FIRST REPORT TO ANY OF THESE AGENCIES. Additionally, it is YOUR RESPONSIBILITY to pay any fees charged for participation in any of these programs unless the Court has waived your payment of fees.**

____ **FEDERAL PUBLIC DEFENDER** - 411 E. Bonneville, Suite 250, Las Vegas, Nevada. Telephone number: (702) 388-6577. **Report immediately to schedule an interview.**

____ **PRETRIAL SERVICES** - 333 Las Vegas Blvd. So., Room 1112, Las Vegas, Nevada. Telephone number: (702) 464-5630. **Report immediately to schedule an interview.**

____ **PROBATION DEPARTMENT** - 300 Las Vegas Blvd. So., Suite 1200, Las Vegas, Nevada Telephone number: (702) 527-7300. **Report immediately to schedule an interview.**

X **ALTERNATIVE SENTENCING & EDUCATION DIVISION** - Regional Justice Center, 200 Lewis Ave., 4th floor, Las Vegas, Nevada. Telephone number: (702) 229-1344. Hours: 7:30 a.m. to 5:00 p.m., Monday through Thursday.

X DUI School, with Stop DUI Victim Impact
____ Petty Larceny Program
____ Substance Abuse Program
____ Drinker/Driver Awareness Class
X Other Alcohol Awareness Class online, LRS OK

____ **COMMUNITY SERVICE** - ____ Hours
____ at Lake Mead National Recreation Area.
____ court-approved nonprofit, charitable organization ____

X **RESTRICTION FROM** (X) Lake Mead National Recreation Area ( ) Red Rock Conservation Area + except to perform necessary property maintenance ( ) BLM lands in Nevada commencing 5/19/21 for 6 day(s)/month(s)

X No adverse contact with law enforcement for a period of 12 months

X **OTHER** Joint Status Report Re: Completion of obligations due 10/19/21

PO Referral Sheet - Rev 6/19