Sean P. Sullivan, Esq.
SEAN P. SULLIVAN, PC
Nevada Bar No. 4768
400 S. Fourth Street, Suite 280
Las Vegas, Nevada 89101
(702) 385-7270

Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00103-BNW |
| Plaintiff, | |
| vs. | |
| DERRICK PAUL SEDIN, | **STIPULATION AND ORDER** |
| Defendant. | |

COMES NOW, the parties by and between, CHRISTOPHER CHIOU, United States Attorney, and RACHEL KENT, Special Assistant United States Attorney, and SEAN P. SULLIVAN, ESQ., counsel for DERRICK PAUL SEDIN, Defendant, and submit as follows:

1. Pursuant to the Petty Offense Plea Agreement on file in this matter, Defendant, Derrick Paul Sedin, entered a plea of guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol.

2. The Defendant appeared at the Sentencing and Disposition hearing on May 19, 2021 the Court accepted the guilty plea and sentenced the Defendant.

3. The Court further ordered if the Defendant completes the conditions specified in the plea agreement within six (6) months of sentencing date, the Court will allow the Defendant to withdraw the current guilty plea to Count 1: Driving Under the Influence and enter a plea of guilty to an Amended Count 1: Reckless Driving.

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties, that the Defendant has completed all requirements and ordered by the Court. (See certificates attached collectively at Exhibit "A.")

1

IT IS FURTHER STIPULATED AND AGREED that the parties move the Court to allow the Defendant to change his plea and withdraw his plea of guilty to Count 1, Driving Under the Influence and enters a plea of guilty to Amended Count 1, Reckless Driving.

DATED this _____ day of October, 2021.

| | |
|---|---|
| CHRISTOPHER CHIOU<br>UNITED STATES ATTORNEY | SEAN P. SULLIVAN, PC |
| BY: /s/ <br>RACHEL KENT,<br>Special Assistant U.S. Attorney | BY: _____<br>SEAN P. SULLIVAN, ESQ. |

ORDER

UPON the Stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Defendant's plea of guilty to Count 1, Driving Under the Influence is hereby withdrawn and Defendant's plea of guilty to Amended Count 1, Reckless Driving is hereby entered upon the record.

DATED this 19th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE